**NOT FOR PUBLICATION WITHOUT THE
APPROVAL OF THE APPELLATE DIVISION**

This opinion shall not "constitute precedent or be binding upon any court." Although it is posted on the internet, this opinion is binding only on the parties in the case and its use in other cases is limited. R. 1:36-3.

SUPERIOR COURT OF NEW JERSEY
APPELLATE DIVISION
DOCKET NO. A-2751-18T2

HOLLY I. BOSTWICK,

     Plaintiff-Appellant,

v.

CHARLES PYRCZ,

     Defendant,

and

THREE BOYS CORPORATION,
d/b/a WINDWARD TAVERN,

     Defendant-Respondent.

_____

Submitted December 10, 2019 – Decided January 10, 2020

Before Judges Yannotti and Firko.

On appeal from the Superior Court of New Jersey, Law Division, Ocean County, Docket No. L-0069-18.

Martin Kane Kuper, attorneys for appellant (John J. Kane, of counsel and on the briefs).

Thomas Joseph Bracken, attorney for respondent.

PER CURIAM

The parties have advised the court this matter has been amicably resolved and have stipulated to the dismissal of this appeal. Accordingly, the appeal is dismissed with prejudice and without costs.

I hereby certify that the foregoing is a true copy of the original on file in my office.

CLERK OF THE APPELLATE DIVISION

A-2751-18T2